## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Ryan P. Clarkson | ) | Bankruptcy No. 23-22221-CMB |
| | ) | |
| | ) | Chapter 13 |
| Debtor. | ) | |
| | ) | |
| | ) | Document No. |
| Ronda J. Winnecour, Trustee | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Ryan P. Clarkson, | ) | |
| | ) | |
| Respondent. | ) | |

### DECLARATION OF DEBTOR IN RESPONSE TO
### TRUSTEE'S CERTIFICATE OF DEFAULT

    I, Ryan P. Clarkson, Debtor in the above-captioned case, hereby verify under penalty of perjury that my current mailing address is 4005 Great Star Court, Jeannette, PA 15644. I have unfortunately fallen behind in my plan due to unexpected expenses and increases in my family's budget but I have made appropriate corrections and I intend to catch up on the arrears and remit timely payments going forward to complete my plan.

Date: January 1, 2026

    */s/***Ryan P. Clarkson**
Ryan P. Clarkson, Debtor


Date: January 1, 2026

    /s/ *Charles J. Grudowski*
Charles J. Grudowski, Esquire
Grudowski Law, P.C.
3925 Reed Boulevard, Suite 201
Murrysville, PA 15668
Phone: (412) 904-1940
Email: CJG@GrudowskiLaw.com