IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re: Ryan P. Clarkson                          :
                                                 :   Bankruptcy No. 23-22221-CMB
                        Debtor(s).               :
                                                 :   Chapter 13
                                                 :
                                                 :   Related to Document No.

**AMENDMENT COVER SHEET**

Amendment(s) to the following petition, list(s), schedule(s), or statement(s) are transmitted herewith:

_____   Voluntary Petition - *Specify reason for amendment*: *Debtor had another child, household number increased from 3 to 4, expenses increased accordingly.  Schedule J and Form 122C-1 are amended.*

Official Form 6 Schedules (Itemization of Changes Must Be Specified)
_____   Summary of Schedules
_____   Schedule A - Real Property
_____   Schedule B - Personal Property
_____   Schedule C - Property Claimed as Exempt
_____   Schedule D - Creditors holding Secured Claims
            Check one:
            _____   Creditor(s) added
            _____   NO creditor(s) added
            _____   Creditor(s) deleted
_____   Schedule E - Creditors Holding Unsecured Priority Claims
            Check one:
            _____   Creditor(s) added
            _____   NO creditor(s) added
            _____   Creditor(s) deleted
_____   Schedule F - Creditors Holding Unsecured Nonpriority Claims
            Check one:
            _____   Creditor(s) added
            _____   NO creditor(s) added
            _____   Creditor(s) deleted
_____   Schedule G - Executory Contracts and Unexpired Leases
            Check one:
            _____   Creditor(s) added
            _____   NO creditor(s) added
            _____   Creditor(s) deleted
_____   Schedule H - Codebtors
_____   Schedule I - Current Income of Individual Debtor(s)
   X      Schedule J - Current Expenditures of Individual Debtor(s) (expenses increased with daycare and new baby)
_____   Statement of Financial Affairs
_____   Chapter 7 Individual Debtor's Statement of Intention
_____   Chapter 11 List of Equity Security Holders

**PAWB Local Form 6 (11/21)**                                          **Page 1 of 2**

_____ Chapter 11 List of Creditors Holding 20 Largest Unsecured Claims

_____ Disclosure of Compensation of Attorney for Debtor

X_____ Other  Official Form 122C-1 – Household number increased to 4 from 3, Debtor now under median.

Date: February 26, 2026 _____          /s/ Charles J. Grudowski, Esquire _____
                                         Attorney for Debtor(s) [or *pro se* Debtor(s)]

                                         Charles J. Grudowski, Esquire _____
                                         (Typed Name)

                                         3925 Reed Boulevard, Suite 201, Murrysville, PA 15668
                                         (Address)

                                         (412) 904-1940 _____
                                         (Phone No.)

                                         Pa. I.D. No. 91231 _____
                                         List Bar I.D. and State of Admission

Note: An amended matrix of creditors added by the amendment must be submitted on disk with the amendment. Attorneys filing electronically on the Case Management/Electronic Case Filing System may add creditors to the case electronically.

Fill in this information to identify your case:

Debtor 1          **Ryan P. Clarkson**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:   WESTERN DISTRICT OF PENNSYLVANIA

Case number   **23-22221**
(If known)

Check if this is:

■ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J
## Schedule J: Your Expenses

**12/15**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

### Part 1:   Describe Your Household

1. **Is this a joint case?**

   ■ No. Go to line 2.

   ☐ Yes. **Does Debtor 2 live in a separate household?**

      ☐ No

      ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. **Do you have dependents?**   ☐ No

   Do not list Debtor 1 and Debtor 2.   ■ Yes.   Fill out this information for each dependent..............

   Do not state the dependents names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| **Daughter** | **1** | ☐ No  ■ Yes |
| **Son** | **3** | ☐ No  ■ Yes |
|  |  | ☐ No  ☐ Yes |
|  |  | ☐ No  ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**   ■ No   ☐ Yes

### Part 2:   Estimate Your Ongoing Monthly Expenses

**Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.**

**Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)**

| | | Your expenses |
|---|---|---|
| 4. | **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4.  $ **1,338.00** |
| | **If not included in line 4:** | |
| 4a. | Real estate taxes | 4a.  $ **0.00** |
| 4b. | Property, homeowner's, or renter's insurance | 4b.  $ **0.00** |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c.  $ **400.00** |
| 4d. | Homeowner's association or condominium dues | 4d.  $ **75.00** |
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5.  $ **0.00** |

| Debtor 1 | **Ryan P. Clarkson** | Case number (if known) | **23-22221** |
|---|---|---|---|

6. **Utilities:**

| 6a. | Electricity, heat, natural gas | 6a. $ | 250.00 |
|---|---|---|---|
| 6b. | Water, sewer, garbage collection | 6b. $ | 120.00 |
| 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | 110.00 |
| 6d. | Other. Specify: | 6d. $ | 0.00 |

| 7. | **Food and housekeeping supplies** | 7. $ | 1,500.00 |
|---|---|---|---|
| 8. | **Childcare and children's education costs** | 8. $ | 661.50 |
| 9. | **Clothing, laundry, and dry cleaning** | 9. $ | 250.00 |
| 10. | **Personal care products and services** | 10. $ | 250.00 |
| 11. | **Medical and dental expenses** | 11. $ | 50.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. $ | 800.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. $ | 400.00 |
| 14. | **Charitable contributions and religious donations** | 14. $ | 0.00 |

15. **Insurance.**
Do not include insurance deducted from your pay or included in lines 4 or 20.

| 15a. | Life insurance | 15a. $ | 12.00 |
|---|---|---|---|
| 15b. | Health insurance | 15b. $ | 0.00 |
| 15c. | Vehicle insurance | 15c. $ | 301.00 |
| 15d. | Other insurance. Specify: **Hom warranty** | 15d. $ | 45.00 |

16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20.

| Specify: | 16. $ | 0.00 |
|---|---|---|

17. **Installment or lease payments:**

| 17a. | Car payments for Vehicle 1 | 17a. $ | 465.00 |
|---|---|---|---|
| 17b. | Car payments for Vehicle 2 | 17b. $ | 250.00 |
| 17c. | Other. Specify: | 17c. $ | 0.00 |
| 17d. | Other. Specify: | 17d. $ | 0.00 |

| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5,** *Schedule I, Your Income* **(Official Form 106I).** | 18. $ | 0.00 |
|---|---|---|---|
| 19. | **Other payments you make to support others who do not live with you.** Specify: | 19. $ | 0.00 |

20. **Other real property expenses not included in lines 4 or 5 of this form or on** *Schedule I: Your Income.*

| 20a. | Mortgages on other property | 20a. $ | 0.00 |
|---|---|---|---|
| 20b. | Real estate taxes | 20b. $ | 0.00 |
| 20c. | Property, homeowner's, or renter's insurance | 20c. $ | 0.00 |
| 20d. | Maintenance, repair, and upkeep expenses | 20d. $ | 0.00 |
| 20e. | Homeowner's association or condominium dues | 20e. $ | 0.00 |

| 21. | **Other:** Specify: **Student Loans** | 21. +$ | 964.00 |
|---|---|---|---|
| | **Pet Care** | +$ | 103.00 |

22. **Calculate your monthly expenses**

| 22a. Add lines 4 through 21. | $ | 8,344.50 |
|---|---|---|
| 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | $ | |
| 22c. Add line 22a and 22b.  The result is your monthly expenses. | $ | 8,344.50 |

23. **Calculate your monthly net income.**

| 23a. | Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. $ | 8,418.25 |
|---|---|---|---|
| 23b. | Copy your monthly expenses from line 22c above. | 23b. -$ | 8,344.50 |
| 23c. | Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c. $ | 73.75 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

■ No.
☐ Yes.    Explain here:

<table>
<tr><td colspan="2" style="background:black;color:white;">Fill in this information to identify your case:</td></tr>
</table>

**Fill in this information to identify your case:**

Debtor 1    **Ryan P. Clarkson**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:    Western District of Pennsylvania

Case number    **23-22221**
(if known)

**Check as directed in lines 17 and 21:**

According to the calculations required by this Statement:

■   1. Disposable income is not determined under 11 U.S.C. § 1325(b)(3).

☐   2. Disposable income is determined under 11 U.S.C. § 1325(b)(3).

■   3. The commitment period is 3 years.

☐   4. The commitment period is 5 years.

■ Check if this is an amended filing

Official Form 122C-1

# Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period

10/19

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known).**

| Part 1: | Calculate Your Average Monthly Income |
| --- | --- |

1. **What is your marital and filing status?** Check one only.

   ☐ **Not married**. Fill out Column A, lines 2-11.

   ■ **Married.** Fill out both Columns A and B, lines 2-11.

**Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case.** 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

|  | | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
| --- | --- | --- | --- |
| 2. | **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $ 9,142.00 | $ 4,100.00 |
| 3. | **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $ 0.00 | $ 0.00 |
| 4. | **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Do not include payments from a spouse. Do not include payments you listed on line 3. | $ 0.00 | $ 0.00 |

5. **Net income from operating a business, profession, or farm**

    **Debtor 1**

| | Debtor 1 | Column A | Column B |
| --- | --- | --- | --- |
| Gross receipts (before all deductions) | $ 0.00 | | |
| Ordinary and necessary operating expenses | -$ 0.00 | | |
| Net monthly income from a business, profession, or farm | $ 0.00   Copy here -> | $ 0.00 | $ 0.00 |

6. **Net income from rental and other real property**    **Debtor 1**

| | Debtor 1 | Column A | Column B |
| --- | --- | --- | --- |
| Gross receipts (before all deductions) | $ 0.00 | | |
| Ordinary and necessary operating expenses | -$ 0.00 | | |
| Net monthly income from rental or other real property | $ 0.00   Copy here -> | $ 0.00 | $ 0.00 |

| Debtor 1 | **Ryan P. Clarkson** | Case number (*if known*) | **23-22221** |

|  | Column A Debtor 1 | Column B Debtor 2 or non-filing spouse |
|---|---|---|
| 7. **Interest, dividends, and royalties** | $ 0.00 | $ 0.00 |
| 8. **Unemployment compensation** | $ 0.00 | $ 0.00 |

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here:

| For you | $ 0.00 |
| For your spouse | $ 0.00 |

9. **Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act. Also, except as stated in the next sentence, do not include any compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If you received any retired pay paid under chapter 61 of title 10, then include that pay only to the extent that it does not exceed the amount of retired pay to which you would otherwise be entitled if retired under any provision of title 10 other than chapter 61 of that title.
$ 0.00     $ 0.00

10. **Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act; payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism; or compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If necessary, list other sources on a separate page and put the total below.

|  | Column A | Column B |
|---|---|---|
| | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| Total amounts from separate pages, if any. | + $ 0.00 | $ 0.00 |

11. **Calculate your total average monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B.
$ 9,142.00   +   $ 4,100.00   =   $ 13,242.00

**Total average monthly income**

---

| **Part 2:** | **Determine How to Measure Your Deductions from Income** |

12. **Copy your total average monthly income from line 11.** .................................................. $ 13,242.00

13. **Calculate the marital adjustment.** Check one:

☐ You are not married. Fill in 0 below.

☐ You are married and your spouse is filing with you. Fill in 0 below.

■ You are married and your spouse is not filing with you.

Fill in the amount of the income listed in line 11, Column B, that was NOT regularly paid for the household expenses of you or your dependents, such as payment of the spouse's tax liability or the spouse's support of someone other than you or your dependents.

Below, specify the basis for excluding this income and the amount of income devoted to each purpose. If necessary, list additional adjustments on a separate page.

If this adjustment does not apply, enter 0 below.

| **Non-filing spouse personal expenses and consumer debts** | $ 3,900.00 |
| | $ |
| | $ |
| Total | $ 3,900.00   Copy here=>   −   3,900.00 |

14. **Your current monthly income.** Subtract line 13 from line 12.
$ 9,342.00

15. **Calculate your current monthly income for the year.** Follow these steps:

15a.  Copy line 14 here**=>** ...........................................................................  $ 9,342.00

---

| Debtor 1 | **Ryan P. Clarkson** | Case number (*if known*) | **23-22221** |
|---|---|---|---|

Multiply line 15a by 12 (the number of months in a year).  |  **x 12**

15b.  The result is your current monthly income for the year for this part of the form. ...........................................  |  $  **112,104.00**

16.  **Calculate the median family income that applies to you.** Follow these steps:

16a. Fill in the state in which you live.  **PA**

16b. Fill in the number of people in your household.  **4**

16c. Fill in the median family income for your state and size of household.  $ **122,083.00**

To find a list of applicable median income amounts, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.

17.  **How do the lines compare?**

17a.  ■  Line 15b is less than or equal to line 16c. On the top of page 1 of this form, check box 1, *Disposable income is not determined under 11 U.S.C. § 1325(b)(3).* **Go to Part 3.** Do NOT fill out *Calculation of Your Disposable Income* (Official Form 122C-2).

17b.  ☐  Line 15b is more than line 16c. On the top of page 1 of this form, check box 2, *Disposable income is determined under 11 U.S.C. § 1325(b)(3).* **Go to Part 3 and fill out Calculation of Your Disposable Income (Official Form 122C-2).** On line 39 of that form, copy your current monthly income from line 14 above.

| **Part 3:** | **Calculate Your Commitment Period Under 11 U.S.C. § 1325(b)(4)** |
|---|---|

18.  **Copy your total average monthly income from line 11 .** ...........................  $  **13,242.00**

19.  **Deduct the marital adjustment if it applies.** If you are married, your spouse is not filing with you, and you contend that calculating the commitment period under 11 U.S.C. § 1325(b)(4) allows you to deduct part of your spouse's income, copy the amount from line 13.

19a. If the marital adjustment does not apply, fill in 0 on line 19a.  -$  **3,900.00**

19b. **Subtract line 19a from line 18.**  $  **9,342.00**

20.  **Calculate your current monthly income for the year.**  Follow these steps:

20a. Copy line 19b  $  **9,342.00**

Multiply by 12 (the number of months in a year).  **x 12**

20b.  The result is your current monthly income for the year for this part of the form  $  **112,104.00**

20c. Copy the median family income for your state and size of household from line 16c  $  **122,083.00**

21.  **How do the lines compare?**

■  Line 20b is less than line 20c. Unless otherwise ordered by the court, on the top of page 1 of this form, check box 3, *The commitment period is 3 years.* Go to Part 4.

☐  Line 20b is more than or equal to line 20c. Unless otherwise ordered by the court, on the top of page 1 of this form, check box 4, *The commitment period is 5 years.* Go to Part 4.

| **Part 4:** | **Sign Below** |
|---|---|

By signing here, under penalty of perjury I declare that the information on this statement and in any attachments is true and correct.

**X  /s/ Ryan P. Clarkson**
**Ryan P. Clarkson**
Signature of Debtor 1

Date  **February 26, 2026**
MM / DD  / YYYY

If you checked 17a, do NOT fill out or file Form 122C-2.

If you checked 17b, fill out Form 122C-2 and file it with this form. On line 39 of that form, copy your current monthly income from line 14 above.

Official Form 122C-1    **Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period**    **page 3**

Debtor 1    **Ryan P. Clarkson**                                      Case number (*if known*)    **23-22221**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| In Re: Ryan P. Clarkson, | : | Bankruptcy No. 23-22221-CMB |
|  | : |  |
| Debtor. | : |  |
|  | : | Chapter 13 |
|  | : |  |
|  | : |  |
|  | : | Related to Document No. |
|  | : |  |
|  | : |  |

## CERTIFICATE OF SERVICE

I, Charles J. Grudowski, Esquire, certify under penalty of perjury that the Amended Schedule J

and Amended Official Form 122C-1 in the above-captioned case were served on all parties listed on the

Bankruptcy Clerk's mailing matrix by electronic mail and/or first class U.S. mail on February 26, 2026.


Executed on:  February 26, 2026          By:     s/Charles J. Grudowski
                                                 Charles J. Grudowski, Esquire
                                                 PA ID No. 91231
                                                 Grudowski Law, P.C.
                                                 3925 Reed Boulevard, Suite 201
                                                 Murrysville, PA 15668
                                                 Telephone: (412) 904-1940
                                                 Email: cjg@grudowskilaw.com

Label Matrix for local noticing
0315-2
Case 23-22221-CMB
WESTERN DISTRICT OF PENNSYLVANIA
Pittsburgh
Thu Feb 26 22:51:36 EST 2026

Bridgecrest Acceptance Corporation c/o AIS
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Bridgecrest Credit Company, LLC as Servicer
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Duquesne Light Company
c/o Bernstein-Burkley, P.C.
601 Grant Street, 9th Floor
Pittsburgh, PA 15219-4430

Peoples Natural Gas Company LLC
GRB Law
c/o Jeffrey R. Hunt, Esquire
525 William Penn Place, Suite 3110
Pittsburgh, PA 15219-1753

2
U.S. Bankruptcy Court
5414 U.S. Steel Tower
600 Grant Street
Pittsburgh, PA 15219-2703

American Express National Bank
115 W. Towne Ridge Parkway
Sandy, UT 84070-5511

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern  PA 19355-0701

Amex
Correspondence/Bankruptcy
Po Box 981540
El Paso, TX 79998-1540

Bridgecrest Acceptance Corp
7300 East Hampton Avenue
Suite 100
Mesa, AZ 85209-3324

Carvana, LLC / Bridgecrest c/o AIS Portfolio
PO Box 4138
Houston, TX 77210-4138

Chase Card Services
Attn: Bankruptcy
P.O. 15298
Wilmington, DE 19850-5298

Citibank, N.A.
c/o Quantum3 Group LLC
PO Box 280
Kirkland, WA  98083-0280

Credit One Bank
Attn: Bankruptcy Department
6801 Cimarron Rd
Las Vegas, NV 89113-2273

Cross River Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

Genesis FS Card Services
Attn: Bankruptcy
Po Box 4477
Beaverton, OR 97076-4401

JPMorgan Chase Bank, N.A.
s/b/m/t Chase Bank USA, N.A.
c/o Robertson, Anschutz, Schneid,
Crane & Partners, PLLC
6409 Congress Avenue, Suite 100
Boca Raton, FL 33487-2853

(p)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

(p)LENDINGPOINT
1201 ROBERTS BLVD
SUITE 200
KENNESAW GA 30144-3612

NAVIENT  CFC
C/O Navient Solutions, LLC.
PO BOX 9640
Wilkes-Barre, PA 18773-9640

(p)NAVIENT SOLUTIONS
P O BOX 8004
FISHERS IN 46038-8004

Navient/earnest Operat
P.o. Box 9655
Wilkes Barre, PA 18773-9655

Office of the United States Trustee
1000 Liberty Avenue
Suite 1316
Pittsburgh, PA 15222-4013

PA Department of Revenue
Bankruptcy Division
PO Box 280946
Harrisburg, PA 17128-0946

PennyMac Loan Services, LLC
Attn: Correspondence Unit
Po Box 514387
Los Angeles, CA 90051-4387

PennyMac Loan Services, LLC.
P.O. Box 2410
Moorpark, CA 93020-2410

(p)PROSPER MARKETPLACE INC
221 MAIN STREET STE 300
SAN FRANCISCO CA 94105-1909

Quantum3 Group LLC as agent for
Concora Credit Inc.
PO Box 788
Kirkland, WA  98083-0788

Quantum3 Group LLC as agent for
Crown Asset Management LLC
PO Box 788
Kirkland, WA  98083-0788

Syncb/Venmo
Attn: Bankruptcy
P.O. Box 965064
Orlando, FL 32896-5064

Synchrony Bank
by AIS InfoSource LP as agent
PO Box 4457
Houston, TX  77210-4457

Synchrony/PayPal Credit
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896-5060


Tally Technologies, Inc
Attn: Bankruptcy
375 Alabama St #325
San Francisco, CA 94110-7334

Telecom Selfreported
Po Box 4500
Allen, TX 75013-1311

Charles James Grudowski
Grudowski Law, P.C.
3925 Reed Boulevard, Suite 201
Murrysville, PA 15668-1848


Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219-2702

Ryan P. Clarkson
4005 Great Star Court
Jeannette, PA 15644-4768


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Jefferson Capital Systems LLC
Po Box 7999
Saint Cloud MN 56302-9617

LendingPoint LLC.
Attn: Bankruptcy
1201 Roberts Blvd Suite 200
Kennesaw, GA 30144

Navient Solutions - PTN
PO Box 8004
Fishers, IN 46038


Prosper Funding LLC
221 Main Street
Suite 300
San Francisco, CA 94105


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)PENNYMAC LOAN SERVICES, LLC

End of Label Matrix
Mailable recipients    37
Bypassed recipients     1
Total                  38